**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Sean Gunderson, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  21CV4891 |
| | ) | |
| vs. | ) | Hon. Franklin U. Valderrama |
| | ) | |
| James P. Corcoran, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANTS' MOTION TO DISMISS</u>

Defendants James Corcoran, William Epperson, Richard Malis, and Thomas Zubik, by their attorney, Kwame Raoul, Attorney General of Illinois, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss the claims against them in Plaintiff's Amended Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants James Corcoran, William Epperson, Richard Malis, and Thomas Zubik respectfully request that this honorable Court grant their motion to dismiss the claims against them in Plaintiff's Complaint.

KWAME RAOUL
Illinois Attorney General

BY:     */s/ Erin Walsh*

ERIN WALSH
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6122
Erin.walsh@ilag.gov

1