IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN GUNDERSON, | ) | Case No. 21-cv-o4891 |
| | ) | |
| Plaintiff, | ) | Hon. Franklin U. Valderrama, |
| | ) | Presiding |
| v. | ) | |
| | ) | |
| JAMES P. CORCORAN, et al., | ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**

NOW COMES Plaintiff Sean Gunderson, by and through his attorneys, the Law Offices of Kretchmar & Cecala, P.C., and moves this Honorable Court for leave to file the attached, three-page Sur-Reply.

Plaintiff only wishes to *briefly* point out or counter new arguments which the Defendants first raised in their Reply, filed January 11, 2022, and account for citations that were new in that Reply, which the Court may consider to be significant.

Respectfully submitted,

By /s/ *S. Randolph Kretchmar*
(Attorney for the Plaintiff)

*LAW OFFICES OF KRETCHMAR & CECALA. P.C.*
1170 Michigan Avenue, Wilmette, IL 60091
847-370-5410, srandolphk@gmail.com