UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Sean Gunderson
                      Plaintiff,

v.                                                   Case No.: 1:21−cv−04891
                                                        Honorable Franklin U. Valderrama

James P Corcoran, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 13, 2022:

      MINUTE Entry before the Honorable Franklin U. Valderrama: The Court grants Plaintiff's motion for leave to file a sur−reply [20]. The Court construes Plaintiff's Sur−Reply [20−1] as a "Sur−Response." See Black's Law Dictionary (10th ed. 2014) (a surresponse is the "second response by someone who opposes a motion" and generally "comes in answer to the movant's reply."). The Court also reminds Plaintiff that, when requesting relief from the Court, he should file such a request as "motion" via the CM/ECF system, rather than make the request as part of a responsive brief. As part of his Response [18], Plaintiff included a "motion" for leave to exceed page limits. Such a request should have (1) been filed as a "motion" and (2) identified in the title and body of the motion whether the motion is opposed or unopposed, pursuant to the Court's Standing Order ("Before filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion. Whether the motion is opposed or unopposed should be so identified in the title and body of the motion."). However, because Defendants have filed their reply [19], addressing arguments raised in the over−long response, the Court will consider the full response filed by Plaintiff [18]. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.